<div style="margin-left:auto; text-align:right;">
JANUARY 1827.

Adams
v.
Ward.

[a] Norris' Peake
471 Note.
</div>

---

## EVANS v. SALTMARSH.

THIS was a case in which the judgement had been recovered against the plaintiff in error on the service of a judicial attachment, and the points raised by the assignments were the same as in the case of Wyatt against Campbell, [b] and the doctrine of that case was recognized by the Court as decisive of this. Judgement reversed.

<div style="margin-left:auto; text-align:right;">
[b] Minor's Ala.
Rep. 390.
</div>